IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 19-cv-08041 |
| V & S PROPERTY MANAGEMENT, LLC, | ) Judge Durkin |
| | ) Magistrate Judge Harjani |
| Defendant. | ) |

**TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant V & S PROPERTY MANAGEMENT, LLC, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | V & S PROPERTY MANAGEMENT, LLC |
| | |
| By: /s/ *Marshall J. Burt* | By: */s/ Lisa Handler Ackerman* |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| Marshall J. Burt, Esq. | Lisa Handler Ackerman, Esq. |
| The Burt Law Group, Ltd. | Wilson Elser |
| 77 W. Washington, Ste 1300 | 55 W. Monroe St. Suite 3800 |
| Chicago, IL 60602 | Chicago, Illinois 60603 |
| 312-419-1999 | 312-821-6144 |
| Marshall@mjburtlaw.com | Lisa.Ackerman@wilsonelser.com |